UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

ROSIA SMITH STUCKEY NEALY (a/k/a Rosia Smith Nealy), as the administrator of the estate of Willie Stuckey (a/k/a Willie T. Stuckey Jr.) and on her own behalf,

                                    Plaintiffs,

-against-

THE CITY OF NEW YORK, ET AL.,

                                    Defendants.
----------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-cv-5891 (RJD) (VMS)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
July 21, 2016

SIEGEL TEITELBAUM & EVANS, LLP
*Herbert Teitelbaum, Norman Siegel, Sharon Vicky Sprayregen*
260 Madison Avenue, 22nd Floor
New York, New York 10016
212-455-0300
By: _____
Herbert Teitelbaum

Timothy C. Parlatore
445 Park Avenue, 9th Fl.
New York, New York 10022

James Lamb
24137 Oak Park Drive
Douglaston, NY 11362

*Attorneys for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007
By: _____
Nana K. Sarpong
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016

2